*Mr. Eli H. Chandler,* for the appellant.

*Mr. Clarence L. Cole,* for the respondent.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, CONGDON—13.

*For reversal*—None.

ARNOLD KOHN, respondent,

*v.*

SAMUEL H. KELLY et al., appellants.

[Submitted March 22d, 1910.   Affirmed without opinion June 20th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 182.*

*Mr. George A. Bourgeois,* for the appellant.

*Mr. Lewis Starr,* for the respondent.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—12.

*For reversal*—PARKER, BERGEN—2.

18